IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jay Allen Loggins, | C/A No.: 1:18-2261-MGL-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Captain Marvin Nix and Nurse Dolly Carver, | |
| Defendants. | |

Jay Allen Loggins ("Plaintiff"), proceeding pro se, filed this action on August 15, 2018. [ECF No. 1]. On January 14, 2019, Defendants filed motions for summary judgment. [ECF Nos. 32, 33]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motions and of the need for him to file an adequate response by February 14, 2019. [ECF No. 35]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motions may be granted, thereby ending his case. *Id.*

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motions. As such, it appears to the court that he does not oppose the motions and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' motions for summary judgment by March 8, 2019. Plaintiff is

further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

February 22, 2019                         Shiva V. Hodges
Columbia, South Carolina          United States Magistrate Judge